# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| MINDY BRENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 4:22-cv-00029-JVB-JEM |
| | ) | |
| FRONTIER SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Comes now Plaintiff, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), and hereby stipulates to the dismissal of this lawsuit with prejudice, each party to bear her/its own costs, including attorneys' fees.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Keenan D. Wilson*
Keenan D. Wilson, Attorney No. 32195-49

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone:     (317)955-9500
Facsimile:     (317)955-2570
Email jhaskin@jhaskinlaw.com
kwilson@jhaskinlaw.com
Attorneys for Plaintiff: Mindy Brennan